■ (A) FRANCES HUTCHINGS, Appellant, v. HINSON'S GARAGE, INC., et al., Respondents. (B) ERNEST HUTCHINGS, Appellant, v. HINSON'S GARAGE,

INC., et al., Respondents.— [In each action] Order of substitution of attorneys entered.